Case Number: CV 08 0742 JF (PR)

E-filing

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

FILED
JAN 31 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Theopric Kent Bloodsaw P20045 for the last six months at Pelican Bay State Prison where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $1.50 and the average balance in the prisoner's account each month for the most recent 6-month period was $1.50.   (20%= $0.30)

Dated: 1/15/08

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030   .701                                    REPORT DATE: 01/15/08
                                                            PAGE NO:        1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 15, 2008

ACCOUNT NUMBER  : P20045                    BED/CELL NUMBER: ASUE0000000001L
ACCOUNT NAME    : BLOODSAW, THEOPRIC KENT        ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                                TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE   DESCRIPTION      COMMENT     CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
----- ----   -----------      -------     ---------   --------    -----------    -------
                                                                                    0.00
07/01/2007   BEGINNING BALANCE

08/09*DD30   CASH DEPOSIT     0699 #027                 9.00                        9.00
08/13*W215   FEDERAL FILIN    0731 8/09                              1.80           7.20
08/13 W512   LEGAL POSTAGE    0730                                   2.67           4.53
08/13 W512   LEGAL POSTAGE    0730                                   1.82           2.71
08/13 W512   LEGAL POSTAGE    0730                                   0.58           2.13
08/14 W513   MISC. CHARGES    0768                                   2.13           0.00
   ACTIVITY FOR 2008                                                                5.85
01/14*DD30   CASH DEPOSIT     2981 #138                 5.85                        5.85


                        * RESTITUTION ACCOUNT ACTIVITY

                                                    CASE NUMBER: YA053506
DATE SENTENCED: 05/13/02                            FINE AMOUNT: $     250.00
COUNTY CODE: LA

    DATE      TRANS.    DESCRIPTION                     TRANS. AMT.      BALANCE
   ------     ------    -----------                     -----------      -------
                                                                          250.00
07/01/2007    BEGINNING BALANCE

08/09/07      DR30      REST DED-CASH DEPOSIT            10.00-           240.00
01/14/08      DR30      REST DED-CASH DEPOSIT             6.50-           233.50


    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

                                            CURRENT        HOLDS         TRANSACTIONS
BEGINNING      TOTAL         TOTAL          BALANCE        BALANCE       TO BE POSTED
BALANCE        DEPOSITS      WITHDRAWALS
---------      --------      -----------    --------       --------      ------------
  0.00          14.85           9.00          5.85           0.00            0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-------
   5.85

I Think I May Have Skip Over Number 4 On My In Forma Pauperis Application That Was Sent To The Trust Account Office For A Certified Statement So I am Send A Second To Be Sure Its Correct

Thanks

ASU

Dispose Of