NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THEOPRIC K. BLOODSAW,  )
        Plaintiff,  )  No. C 08-00742 JF (PR)
  vs.  )  JUDGMENT
J. S. WOODFORD, et al.,  )
        Defendant(s).  )

For the reasons stated on the order of dismissal, this case is DISMISSED for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A. Judgment is entered accordingly.

IT IS SO ORDERED.

DATED: 6/23/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Bloodsaw742_judgment.wpd